United States District Court
Southern District of Texas
**ENTERED**
June 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIONICIO VALADEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-164 |
| | § | |
| CITY OF CORPUS CHRISTI, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Came to be considered on June 29, 2016, Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint (unopposed). The Court having reviewed the pleadings herein, finds that the requested leave is meritorious.

THEREFORE, IT IS ORDERED that Plaintiff's Motion for Leave to File Plaintiff's First Amended Original Complaint is GRANTED.

It is further ORDERED that the clerk file Plaintiff's First Amended Original Complaint which is attached to Plaintiff's motion as Exhibit 1.

ORDERED this 29th day of June, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE